18974. MODERN BROTHERHOOD OF AMERICA *v.* SEAMANS.

BROYLES, C. J. The overruling of the certiorari was not error for any reason assigned. The cases cited in the brief of counsel for the plaintiff in error are distinguished by their particular facts from this case.
*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED JULY 10, 1928.

*Sam Sparrow, Little, Powell, Smith & Goldstein,* for plaintiff in error.
*George B. Rush,* contra.